PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>       vs.                                   )<br>)<br>**DEBBIE MARTINEZ**                 )<br>) | **Docket Number: 1:03CR05390-01** |

On September 12, 2003, the above-named was placed on Supervised Release for a period of five years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship
United States Probation Officer**

Dated:        January 2, 2008
                    Visalia, California


**REVIEWED BY:**        /s/ Rick C. Louviere
                                    **Rick C. Louviere
                                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    DEBBIE MARTINEZ**
      **Docket Number:   1:03CR05390-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that Debbie Martinez be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   January 2, 2008**                          **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE